Roscoe Cheatham, appellant, v. Mildred Cheatham, appellee.

Opinion filed January 23, 1933.

F. M. Guinn and Meyer & Meyer, for appellant.   No appearance for appellee.

Mr. Justice Fulton delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Charles E. Pixley and Herbert C. Libkie, plaintiffs in error.

Opinion filed January 23, 1933.

T. H. Creighton and P. J. Kolb, for plaintiffs in error.   P. C. Walters, State's Attorney, and Shaw & Huffman, Special Counsel, for defendant in error.

Mr. Justice Fulton delivered the opinion of the court.

Hugh M. Stokes, appellee, v. M. E. Fulkerson, appellant.

Opinion filed January 23, 1933.

P. J. Kolb, for appellant.   Ulys Pyle, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

James J. Fogerty, appellee, v. Edward C. Mauer, appellant.

Opinion filed January 23, 1933.

Wheeler, Oehmke & Dunham, for appellant.   Kramer, Campbell, Costello & Wiechert, for appellee.

Mr. Justice Fulton delivered the opinion of the court.